VIOLA S. FERNSCHILD, Appellant, *v.* GLENNON A. BROWN, Respondent.

Submitted April 19, 1939; decided May 17, 1939.

*Sol Rubin* and *John R. Bushong* for appellant.

*Edwin M. Mulholland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.